McGREGOR W. SCOTT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEOBARDO GERARDO ANAYA, <br><br> Defendant. | CASE NO. 2:21-mj-0037 DB <br><br> SEALING ORDER <br><br> **UNDER SEAL** |

**[PROPOSED] SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioend matter be, and is hereby orderd, SEALED until further order of this Court.

Dated:  March 2, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER

1